IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRY HARDAGE,<br><br>　　　Plaintiff,<br><br>vs.<br><br>THE STATE OF OKLAHOMA, et al.,<br><br>　　　Defendants. | No. CIV-11-295-JHP |

# JUDGMENT

　　Pursuant to the Orders entered on April 2, 2012, July 11, 2012 and January 31, 2013, the Court hereby enters judgment in favor of Defendants and against the plaintiff.

　　**IT IS SO ORDERED** this 31st day of January, 2013.

_____
　　**JAMES H. PAYNE**
**UNITED STATES DISTRICT JUDGE**