IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

TERRY HARDAGE,

    Plaintiff,

vs.

THE STATE OF OKLAHOMA, et al.,

    Defendants.

No. CIV-11-295-JHP

# JUDGMENT

Pursuant to the Orders entered on April 2, 2012, July 11, 2012 and January 31, 2013, the Court hereby enters judgment in favor of Defendants and against the plaintiff.

**IT IS SO ORDERED** this 31st day of January, 2013.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma